IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.                                    Case No.:  3:08cv243/LAC/EMT

SHERIFF RON McNESBY, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 26, 2008 (Doc. 5).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion for voluntary dismissal (Doc. 4) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 28th day of July, 2008.

                                                  s/*L.A. Collier*
                                                  **LACEY A. COLLIER**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**